IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>JIM CLARK, J. D'ANDREA, and ANTHONY DUDLEY,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 03-2477 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon the application for attorneys' fees and costs by Plaintiff DirecTV, Inc. against Defendant Joseph D'Andrea; and the Court having considered the submissions of the parties in support thereof and in opposition thereto; and for the reasons stated in the Opinion of today's date; and for good cause shown;

**IT IS** this __27th__ day of **July, 2007** hereby

**ORDERED** that Plaintiff's application for reasonable attorneys' fees and costs [Docket Item No. 95, 96] will be **GRANTED in part** in the amount of **$87,628.90**;

**IT IS FURTHER ORDERED** that **FINAL JUDGMENT** be entered in favor of Defendants and against Joseph D'Andrea in the amount of **$87,628.90,** together with the Judgment of **$10,000** statutory damages previously awarded, for a total of **$97,628.90.**

                                           s/ Jerome B. Simandle
                                           JEROME B. SIMANDLE
                                           United States District Judge